NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 934

IN RE APELDYN CORPORATION,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 08-CV-0568, Judge Sue L. Robinson.

ON PETITION FOR WRIT OF MANDAMUS

O R D E R

Apeldyn Corporation submits a petition for a writ of mandamus to direct the United States District Court for the District of Delaware to (1) vacate its order granting Samsung Electronics Corporation Ltd et al.'s (Samsung) motion to disqualify R. Tyler Goodwyn, IV and McKenna Long & Aldridge LLP as counsel for Apeldyn, (2) vacate its order denying reconsideration of its disqualification order, and (3) deny the motion to disqualify.

Upon consideration thereof,

IT IS ORDERED THAT:

Samsung is directed to respond no later than April 27, 2010.

FOR THE COURT

__APR 1 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gaspare J. Bono, Esq.
William S. Foster, Jr., Esq.
Neil P. Sirota, Esq.
Vincent K. Yip, Esq.
Morgan Chu, Esq.
Steven Cherny, Esq.
Josh A. Krevitt, Esq.
Clerk, United States District Court for the District of Delaware

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 4 2010

JAN HORBALY
CLERK